■ WILLIAM A. SCHAERR, JR., Appellant, v. PATRICIA SCHAERR, Respondent.— In an action for partition, plaintiff appeals from an order of the Supreme Court, Suffolk County, entered June 4, 1971, which granted defendant's motion for summary judgment dismissing the complaint. Order affirmed, without costs, and with leave to plaintiff to move, within a reasonable time, for modification of the judgment of divorce so as to grant him the right to institute an action for partition and with further leave to plaintiff, if such right be granted, to move at Special Term, within a reasonable time, to vacate the order under review and for permission to serve a supplemental complaint in this action (see *Ripp* v. *Ripp,* 38 A D 2d 65). Hopkins, Acting P. J., Shapiro, Gulotta, Christ and Benjamin JJ., concur.

■ SAMUEL L. SCHER et al., Respondents, v. LIBERTY TRAVEL SERVICE, INC., et al., Defendants, and HILTON HOTELS INTERNATIONAL, INC., et al., Appellants.— In an action to recover damages *inter alia* for breach of contract, defendants other than Liberty Travel Service, Inc., and "John" Bianco appeal, as limited by their brief, from so much of a judgment of the Supreme Court, Westchester County, entered November 19, 1970, as is in favor of plaintiff against them, upon a jury verdict of $15,000. Judgment reversed insofar as appealed from, on the law, and, as between plaintiffs and the appealing defendants, action severed and new trial limited to the issue of damages granted, with costs to abide the event, unless, within 30 days after entry of the order hereon, plaintiffs shall serve and file in the office of the clerk of the trial court a written stipulation consenting to reduce the amount of the verdict to $6,000 and to the entry of an amended judgment accordingly, in which event the judgment, as so amended, is affirmed, without costs. In our opinion, the jury's verdict was excessive to the extent indicated herein. Rabin, P. J., Munder, Martuscello, Gulotta and Brennan, JJ., concur.